UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE FLORES, | ) Case No. 4:22-cv-08854-HSG |
| Plaintiff, | ) ORDER AS MODIFIED GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ENGAGE IN DISCOVERY PRIOR TO THE RULE 26(f) CONFERENCE |
| v. | |
| OFFICES OF TAYLOR AND ASSOCIATES; and DOE 1-5, | |
| Defendants. | |

Upon consideration of Plaintiff's MOTION FOR LEAVE TO ENGAGE IN LIMITED DISCOVERY PRIOR TO THE RULE 26(f) CONFERENCE ("Motion"), Dkt. No. 15, the Court concludes that the Motion should be GRANTED.

//

//

//

//

//

//

//

//

1

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is GRANTED, and Plaintiff may take limited discovery prior to the Rule 26(f) conference to determine the true and legal identities of the defendants in this action and an address for which to effectuate service of process on said defendants by serving subpoenas on the carrier of defendants' toll-free phone number, the website host for www.taylorandassociate.com, and the U.S. Postal Service regarding defendants' P.O. Box.

DONE on this 15th day of March, 2023.

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge