UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE FLORES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICES OF TAYLOR AND ASSOCIATES,<br><br>　　　　Defendant. | Case No. 22-cv-08854-HSG<br><br>**ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT** |

On March 15, 2023, the Court granted Plaintiff Jorge Flores's request to engage in limited discovery to determine the true identities and addresses of Defendants in this case. Dkt. No. 16. The order permitted Plaintiff to serve subpoenas on the carrier of Defendants' toll-free phone number, the website host for www.taylorandassociate.com, and the U.S. Postal Service regarding Defendants' P.O. Box. As of the date of this order Defendants have not appeared in this case. The Court therefore **DIRECTS** Plaintiff to file a status report of no more than two pages explaining whether Defendants have been identified and served. If they have not been served, Plaintiff should also explain how he anticipates moving this case forward efficiently. Plaintiff shall filed the status report by June 21, 2023.

**IT IS SO ORDERED.**

Dated: 6/14/2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge