UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA NEAL, et al.,<br><br>    Defendants. | Case No. 22-cv-08854-HSG<br><br>**ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT** |

On March 15, 2023, the Court granted Plaintiff Jorge Flores's request to engage in limited discovery to determine the true identities and addresses of Defendants in this case. Dkt. No. 16. The order permitted Plaintiff to serve subpoenas on the carrier of Defendants' toll-free phone number, the website host for www.taylorandassociate.com, and the U.S. Postal Service regarding Defendants' P.O. Box. On June 20, 2023, Plaintiff explained that he anticipated obtaining the true name(s) and address(es) of Defendants in this case by the end of July 2023. *See* Dkt. No. 19. Summons were issued as to Joshua Neal and Joline Neal on August 30, 2023. Dkt. Nos. 23, 24. But as of the date of this order Defendants have still not appeared in this case. The Court therefore **DIRECTS** Plaintiff to file a status report of no more than two pages explaining whether all Defendants have been identified and served. If they have not been served, Plaintiff should also explain how he anticipates moving this case forward efficiently. Plaintiff shall filed the status report by October 18, 2023.

**IT IS SO ORDERED.**

Dated: 10/11/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge